IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:21CR3037 |
| vs. | |
| DEREK HARTFORD, | ORDER |
| Defendant. | |

IT IS ORDERED:

1) Defendant's motion for temporary release, (Filing No. 81), is granted.

2) Defendant shall be released at 8:30 a.m. on February 5, 2022 to attend his grandmother's funeral and he shall return to Marshal custody by 3:00 p.m. on February 5, 2022.

3) Defendant will be picked up from the jail by his mother, Michelle Hartford, who is providing the transportation for Defendant's temporary release from custody.

4) The clerk shall provide a copy of this order to the Marshal.

Dated this 3rd day of February, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge